UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PACIFIC INFORMATION RESOURCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM M. TIEPELMAN, et al., <br><br> Defendants. | Case No.: C 07-2078 PVT <br><br> **ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

On July 11, 2007, Plaintiff submitted a stipulated permanent injunction against all of the Defendants. It appears from the docket that default has been entered against two of the Defendants, and thus consent to Magistrate Judge jurisdiction cannot be obtained from all of the parties to the stipulated injunction.[1] Thus, reassignment to a District Judge is necessary. *See* 28 U.S.C. § 636(b)(1) (expressly excluding injunctive relief from the jurisdiction of Magistrate Judges absent consent of all parties). Therefore,

IT IS HEREBY ORDERED that this case be reassigned to a District Judge.

Dated: *7/12/07*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] This is so because entry of default cuts off those Defendants' right to make *any* appearance in this action, other than to move for relief from default. *See* Schwarzer et al., FEDERAL CIVIL PROCEDURE BEFORE TRIAL, ¶ 6:42 (2007).

ORDER, *page 1*